**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TATIANA DAVENPORT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00550-MCE |
| PLAINTIFF, ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS CONFERENCE TO |
| TATIANA DAVENPORT , ) | May 29, 2008 |
| DEFENDANT. ) | |
| _____) | |

        Plaintiff, the United States of America, by its counsel, Assistant United States

Attorney, Ms. Samantha Spangler and defendant TATIANA DAVENPORT,

represented by  Mr. James R. Greiner, hereby stipulate and agree that the status

conference calendared for Thursday, April 10, 2008, at 9:00 a.m.,  before the

Honorable United States District Court Judge, Morrison C. England, shall be

continued to Thursday, May 29, 2008, at 9:00 a.m..

        Ms. Stephanie Deutsch, the Court's courtroom deputy clerk, was contacted by

counsel to check the proposed date and the date of  Thursday, May 29, 2008, was

open and available for the Court for a further status hearing date. No trial date has

been set. The defendant is out of custody on pretrial release conditions.

1

## STATUS OF THE CASE TO DATE

On December 12, 2007, the government filed an Indictment against the defendant. In Count one (1) the government alleges that the defendant violated Title 18 U.S.C. section 287 and 2, in that the defendant submitted to the Internal Revenue Service a claim upon the United States for payment knowing such claim to be false, fictitious and fraudulent. This allegation was for the tax year of 2005. In Count two (2) the government alleges that the defendant violated Title 18 U.S.C. section 287 and 2, in that the defendant submitted to the Internal Revenue Service a claim upon the United States for payment knowing such claim to be false, fictitious and fraudulent. This allegation was for the tax year of 2006.

The government has provided to defense counsel discovery on a CD disc which contains documents, a report from the Department of Treasury Special agent and potential exhibits the government has listed. Investigation is ongoing by the defense and is continuing with the majority of the investigation in and around the Bay area.

The parties are now engaged in discussion regarding resolution of the matter short of trial. This will require meetings between defense counsel and the defendant to go over all of the various documents, options and explain the documents and options in light of the law. Further, it will require future discussions between the Assistant United States Attorney, Ms. Samantha Spangler and defense counsel, Mr. James R. Greiner. All of this will require additional time to fully explore all potential reasonable possibilities in attempting in good faith to resolve this matter short of trial, which would be a conservation of both the Court's resources and the government's resources.

## SPEEDY TRIAL ACT-EXCLUSION OF TIME

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., based on the need of defense counsel to review the discovery the government has provided, meet and confer with

2

1    the defendant regarding the case and to prepare pursuant to Title 18 U.S.C. section

2    3161(h)(8)(B)(iv) and Local Code  T-4 for reasonable time necessary for effective

3    preparation by counsel; the parties stipulate and agree that the interests of justice

4    served by granting this continuance outweigh the best interests of the public and the

5    defendant  in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A),  for the all of the above

6    stated  factual reasons. The time may be excluded from Thursday, April 10, 2008 to

7    Thursday, May 29, 2008.

8        Defense counsel has discussed this with the government and the government

9    agrees with the continuance and the exclusion of time under the Speedy Trial Act.

10       Finally, James R. Greiner has been authorized by counsel for the government

11   to sign on the government's behalf.

12                                Respectfully submitted,

13                                McGREGOR W. SCOTT
                                 UNITED STATES ATTORNEY
14   DATED: 4-9-08

15                                /s/ SAMANTHA SPANGLER authorized by e mail

16                                _____
                                 SAMANTHA SPANGLER
17                                ASSISTANT UNITED STATES ATTORNEY
                                 ATTORNEYS FOR THE PLAINTIFF
18

19

20

21

22

23

24

25

26

27

28
                                        3

1    DATED: 4-9-08                    LAW OFFICES OF JAMES R. GREINER

2                                     /s/ JAMES R. GREINER

3                                     _____
     JAMES R. GREINER
     ATTORNEY FOR DEFENDANT
4    TATIANA DAVENPORT

5

6

7

8

9                                     **ORDER**

10

11
         **FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**
12

13   Dated:  April 9, 2008

14
                                      _____
15                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28                                          4