1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )   CASE NO. 2:07-cr-00550 MCE
                                )
12            Plaintiff,        )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
13       v.                     )
                                )
14 TATIANA DAVENPORT,           )
                                )   DATE:  June 26, 2008
15            Defendant.        )   TIME:  9:00 a.m.
                                )   COURT: Morrison C. England,
16                                  Jr.

                              Stipulation

    The parties, through undersigned counsel, stipulate that the status conference scheduled for June 19, 2008, may be continued to June 26, 2008, at 9:00 a.m.  Defense counsel needs additional time to discuss the proposed plea agreement with the defendant.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

///

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED:  June 18, 2008               McGREGOR W. SCOTT
                                    United States Attorney


                               by   /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney


DATED:  June 18, 2008          by   /s/ Samantha S. Spangler for
                                    James R. Greiner
                                    Counsel for Ms. Davenport

## ORDER

Good cause appearing,

The status conference scheduled for June 19, 2008 is continued to June 26, 2008 at 9:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: June 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE