**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TATIANA DAVENPORT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00550-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 21, 2008 |
| v. ) | |
| ) | |
| TATIANA DAVENPORT , ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

   Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler and defendant TATIANA DAVENPORT, represented by  Mr. James R. Greiner, hereby stipulate and agree that the change of plea calendared for Thursday, August 7, 2008, at 9:00 a.m.,  before the Honorable United States District Court Judge, Morrison C. England, shall be continued to Thursday, August 21, 2008, at 9:00 a.m..

   Ms. Stephanie Deutsch and Ms. Casey Schultz, the Court's courtroom deputy clerks, were contacted by counsel to check the proposed date and the date of Thursday, August 21, 2008, was open and available for the Court to continue the change of plea date.. No trial date has been set. The defendant is out of custody on pretrial release conditions.

1

**STATUS OF THE CASE TO DATE**

On December 12, 2007, the government filed an Indictment against the defendant. In Count one (1) the government alleges that the defendant violated Title 18 U.S.C. section 287 and 2, in that the defendant submitted to the Internal Revenue Service a claim upon the United States for payment knowing such claim to be false, fictitious and fraudulent. This allegation was for the tax year of 2005. In Count two (2) the government alleges that the defendant violated Title 18 U.S.C. section 287 and 2, in that the defendant submitted to the Internal Revenue Service a claim upon the United States for payment knowing such claim to be false, fictitious and fraudulent. This allegation was for the tax year of 2006.

The government has provided to defense counsel discovery on a CD disc which contains documents, a report from the Department of Treasury Special agent and potential exhibits the government has listed.  Investigation is ongoing by the defense and is continuing with the majority of the investigation in and around the Bay area.

The government has provide d the defense with a plea offer to resolve this matter short of trial. The defense has been in conference with the defendant about the offer to resolve this matter short of trial. The defense needs the time from August 7 to and including August 21, 2008, to ensure the defendant understands the ramifications of the plea offer, the advisory sentencing guidelines and other issues.

**SPEEDY TRIAL ACT-EXCLUSION OF TIME**

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C.  section 3161, et seq., based on the  need of defense counsel to review the discovery the government has provided, meet and confer with the defendant regarding the case and to prepare pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code  T-4 for reasonable time necessary for effective preparation by counsel; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the

1  defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A),  for the all of the above
2  stated  factual reasons.
3       Defense counsel has discussed this continuance of the change of plea with the
4  government and the government agrees with the continuance. Finally, James R.
5  Greiner has been authorized by counsel for the government  to sign on the
6  government's behalf.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 8-4-08

/s/ SAMANTHA SPANGLER authorized by e mail
_____
SAMANTHA SPANGLER
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 8-4-08    LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
TATIANA DAVENPORT

**ORDER**

**FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

Dated:  August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3